IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **KEVIN SNODGRASS, JR.,** | |
| Plaintiff, | Civil Action No. 7:16-cv-00050 |
| v. | **ORDER** |
| **S.L. MESSER,** *et al,* | By: Hon. Robert S. Ballou |
| Defendant(s). | United States Magistrate Judge |

It has come to the court's attention that service has not been accomplished on all defendants. However, the Office of the Attorney General has entered an appearance on behalf of at least one of the defendants. In order for the court to accomplish service on the remaining defendant, it is hereby **ORDERED** that the Office of the Attorney General is **DIRECTED** to file with the court, under seal, the last known address of C. Bishop within seven (7) days of the entry of this Order or certify to the court that an address is unknown.

The Clerk is directed to send a copy of this Order to plaintiff and counsel of record for the defendants.

ENTER: This 9th day of May, 2016.

s/Robert S. Ballou
United States Magistrate Judge